133 A.3d 736

**COMMONWEALTH of Pennsylvania, Superior Court of Pennsylvania, Common Pleas Court of Philadelphia, Denis P. Cohen, Respondents**

v.

**Donald BETHEA, Petitioner.**

**No. 15 EM 2016.**

Supreme Court of Pennsylvania.

March 23, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of March, 2016, the Application for Extraordinary Jurisdiction, the "Motion Objection to Superior Court Order[s]," and the "Motion to Adjudicate Criminal Contempt" are **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.